UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RYAN ITALIANO,<br><br>         Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A, and DOES 1-10,<br><br>         Defendants. | Case No. 3:13-cv-01323-BTM-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Action Filed:   June 7, 2013<br>Trial Date:     None Set |

**ORDER**

Pursuant to the parties' stipulation of dismissal with prejudice (Doc. 23), and for good cause appearing therein, the court hereby adopts the stipulation.  The Court accordingly **GRANTS** the parties' stipulated/joint motion to dismiss with  prejudice.  It is

**ORDERED** that this case is dismissed with prejudice.  The Clerk of Court shall enter judgment accordingly.

**IS IT SO ORDERED.**

DATED: January 7, 2014

_____
CHIEF JUDGE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA